| Date | Pleading Number | |
|---|---|---|
| 10/17/74 | 1. | MOTION -- United Gas Pipe Line Co. and Pennzoil Co. -- Brief in Support of Motion; appendices to joint Motion include affidavit of Gen. Counsel for United Gas Pipe Line Co.; complaints in 7 actions included on motion; Misc. Fed. Power Commn. Opinins & Motion to Stay in Case A-5; certificate of service on all involved counsel and district courts in which actions are pending. REQUESTED TRANSFEREE FORUM:  Eastern or Western District of Louisiana |
| 10/29/74 | | REQUEST FOR EXT. OF TIME --Louisiana Power & Light Co. -- DENIED Notified counsel |
| 10/30/74 | | HEARING ORDER -- Setting A-1 through A-7 for hearing, November 22, 1974 Washington, D. C. |
| 10/31/74 | 2 | FEDERAL POWER COMMISSION (Intervenor  deft.     ) -- RESPONSE -- w/ cert. of service |
| 10/31/74 | 3 | RESPONSE -- CITY OF NEW ORLEANS w/cert.of service |
| 11/1/74 | 4 | RESPONSE -- MISSISSIPPI POWER & LIGHT CO. -- RESPONSE -- w/appendices and cert. of service |
| 11/1/74 | 5 | RESPONSE -- MONSANTO CO. AND TEXASGULF INC.  response xxmexxex to motion w/cert of service |
| 11/4/74 | 6 | RESPONSE -- MOTION -- LOUISIANA POWER & LIGHT CO. to strike  motion of UGPL and Pennzoil w/cert. of service and appendices |
| 11/4/74 | 7 | RESPONSE -- OLINKRAFT, INC.  w/cert. of service |
| 11/4/74 | 8 | RESPONSE -- GULF STATE UTILITIES CO. w/cert. of service |
| 11/12/74 | 9 | RESPONSE _  REPLY BREIF OF MOVANTS w/BRIEF IN OPPOSITION TO MOTION TO XXX STRIKE w/cert. of service |
| 11/18/74 | 10 | SUPPLEMENTAL MOTION -- United and Pennzoil to add action entitled Mississippi Power Co. v. United Gas Pipe S.D. Miss., C.A. No. S74-258(N) w/cert of service |
| 11/18/74 | 11 | REQUEST FOR DELAY OF HEARING -- Mississippi Light and Power Co. _ DEN |
| 11/18/74 | 12 | SUPPLEMENTAL RESPONSE -- Monsanto Co.  w/supporting arguments and cert. of service |
| 11/22/74 | 13 | RESPONSE -- Mississippi Power Co. -- w/cert. of service |
| 11/26/74 | 14 | SUPPLEMENTAL RESPONNSE-  Louisiana Light and Power Co. w/copy of Judge Rubin's order remanding A-4, A-6 and A-5 |
| 1/20/75 | | MISSIPPI POWER & LIGHT CO. V. U.G.P.L. AND PENZOIL,SD. MISS., C.A. NO.  J74-185 -- MOTION AND BRIEF to dismiss or stay w/affidavit from plaintiff MPL Co. |
| 2/26/75 | | OPINION AND ORDER -- Denying transfer of litigation at this time. |

## Description of Litigation

### IN RE UNITED GAS PIPE LINE COMPANY LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _11/22/74_

Date(s) of Opinion(s) or Order(s) _2/26/75_

Consolidation Ordered ____     Name of Transferee Judge _____

Consolidation Denied _xx_     Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Monsanto Co. v. United Gas Pipe Line Co. | D. D.C. _Jones_ | 2037-71 | | | | United/Pennzoil Mot.-10/17/74 |
| A-2 | Texas Gulf, Inc. v. United Gas Pipe Line Co. | D. D.C. _Jones_ | 2253-71 | | | | "   " |
| A-3 | Olinkraft, Inc. v. United Gas Pipe Line Co. & Pennzoil Co. | W.D. La. _Scott_ | 18243 | | | | "   " |
| A-4 | City of New Orleans, et al. v. United Gas Pipe Line Co. | E.D. La. _Rubin_ | 74-2049 (Sec. C) | | | 11/31/74 | "   " Remanded |
| A-5 | Gulf States Utilities Co. v. United Gas Pipe Line Co. | E.D. La. _Rubin_ | 74-2324 (Sec. C) | | | 11/31/74 | _Sig. J. Rubin_ |
| A-6 | Louisiana Power & Light Co. v. United Gas Pipe Line Co. & Pennzoil Co. | E.D. La. _Rubin_ | 74-2659 (Sec. C) | | | 11/31/74 | "   " |
| A-7 | Mississippi Power & Light Co. v. & Pennzoil Co. | S.D. Miss. _Cox_ | J74-185(c) | | | | "   " |

DOCKET NO. __190__ (CONTINUED)                                    PAGE ___2___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Mississippi Power Co. v. United Gas Pipe Line Co., et al. | S.D. Miss | S74-258(N) | | | | United & Pennzoil Amended Motion 11/18 *1974* |

p. _____

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 190 -- IN RE UNITED GAS PIPE LINE COMPANY LITIGATION

| Plaintiff | Defendant |
|---|---|
| MONSANTO CO. (A-1)<br>TEXAS GULF, INC. (A-2)<br>James J. Bierbower, Esquire<br>Bierbower & Rockfeller<br>1625 K St., N.W.<br>Washington, D.C. 20006 | TEXAS GAS TRANSMISSION CO.<br>Christopher T. Boland, Esquire<br>Gallagher, Connor & Boland<br>821 15th St., N.W.<br>Washington, D.C. 20005 |
| OLINKRAFT, INC. (A-3)<br>George M. Wear, Esquire<br>Shotwell, Brown & Sperry<br>708 Ouachita National Bank Bldg.<br>Post Office Box 1591<br>Monroe, Louisiana 71201 | FEDERAL POWER COMMISSION<br>George W. McHenry, Jr., Esquire<br>Solicitor<br>Federal Power Commission<br>825 North Capitol Street<br>Washington, D.C. 20426 |
| CITY OF NEW ORLEANS, ET AL. (A-4)<br>Clayton L. Orn, Esquire<br>Anderson, Brown, Orn & Jones<br>1122 Southwest Tower<br>Houston, Texas 77002 | UNITED GAS PIPE LINE COMPANY<br>W. DeVier Pierson, Esquire<br>1054 31st St., N.W.<br>Washington, D.C. 20007 |
| MISSISSIPPI POWER & LIGHT CO. (A-7)<br>Sherwood W. Wise, Esquire<br>Post Office Box 651<br>Jackson, Mississippi 39205 | PENNZOIL COMPANY<br>Perry Barber, Esquire<br>3000 One Shell Plaza<br>Houston, Texas 77002 |
| GULF STATES UTILITIES CO. (A-5)<br>Tom F. Phillips, Esquire<br>Taylor, Porter, Brooks & Phillips<br>Post Office Box 2471<br>Baton Rouge, Louisiana 70821 | LOUISIANA PUBLIC SERVICE COMMISSION<br>Marshall B. Brinkley, Esquire<br>General Counsel<br>Louisiana Public Service Commission<br>Post Office Box 44035<br>Baton Rouge, Louisiana 70804 |
| LOUISIANA POWER & LIGHT CO. (A-6)<br>Andrew P. Carter, Esquire<br>Monroe & Lemann<br>1424 Whitney Building<br>New Orleans, Louisiana 70130 | MISSISSIPPI POWER COMPANY (B-1)<br>James S. Eaton, Esquire<br>Eaton, Cottrell, Galloway & Lang<br>2300 14th Street<br>P.O. Drawer H<br>Gulfport, Mississippi 39501 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>190</u> -- <u>IN RE UNITED GAS PIPE LINE COMPANY LITIGATION</u>

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| UNITED GAS PIPE LINE COMPANY | A-1 thru A-7  *B-1* |
| PENNZOIL COMPANY | A-3; A-6; A-7  *B-1* |
| TEXAS GAS TRANSMISSION CO. | A-1, A-2 |
| FEDERAL POWER COMMISSION | A-1, A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |